UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **ELMER GUERRA,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **ODILIO GUERRA.** | : | and §841(b)(1)(B)(ii) |
| **OMAR GUERRA,** | : | (Unlawful Distribution of 500 Grams or More |
| **Defendants.** | : | of Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(ii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 500 Grams or More of Cocaine); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 29, 2005, within the District of Columbia, **ELMER GUERRA, ODILIO GUERRA, and OMAR GUERRA,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Distribution of 500 Grams or More of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

## COUNT TWO

On or about March 29, 2005, within the District of Columbia, **ELMER GUERRA, ODILIO GUERRA, and OMAR GUERRA,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

>(**Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.