UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | |
| | : | Criminal Case Number 05-217-03 |
| | : | Chief Judge Royce C. Lamberth |
| OMAR GUERRA, | : | (Calendar Committee) |
| | : | |
| Defendant. | : | |

**MOTION TO DISMISS INDICTMENT AND QUASH BENCH WARRANT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to dismiss the Indictment and to quash the bench warrant issued for the defendant's in this case. In support of its motion, the government states the following:

The defendant was indicted together with two co-defendants in June 2005 on charges of Distribution of 500 Grams or More of Cocaine and Possession with Intent to Distribute 500 grams or More of Cocaine. The defendant was not in custody at the time the Indictment was returned. (The Magistrate Judge who presided over the preliminary hearing in the case and found no probable cause that the defendant committed the charged offense and he was released from custody at that time.)

The defendant did not appear at arraignment on June 16, 2005, and the Honorable Paul F. Friedman issued a warrant for his arrest.[1] He has not been apprehended and the warrant remains outstanding. The co-defendants subsequently entered guilty pleas and were sentenced.

After a review of the facts and circumstances of the case, including the length of time that has passed since the charge offense was committed, and the defendant's role in the offense, the

---

[1] The defendant's case was re-assigned to the Calendar Committee on September 23, 2005.

government has determined that it is unlikely that it would prosecute the defendant if he were apprehended. Accordingly, we ask that the Indictment in this case be dismissed without prejudice, and that the warrant issued for the defendant's arrest in this case be quashed.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

BY:        /s/
        PATRICIA STEWART
        Assistant United States Attorney
        D.C. Bar Number 358910
        555 4th Street, N.W. Room 4247
        Washington, D.C. 20350
        (202)514-7064
        Patricia.Stewart@usdoj.gov