UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | |
| | : | Criminal Case Number 05-217-03 |
| | : | Chief Judge Royce C. Lamberth |
| OMAR GUERRA, | : | (Calendar Committee) |
| | : | |
| Defendant. | : | |

## **ORDER**

UPON CONSIDERATION of the Government's Motion to Dismiss Indictment and Quash Bench Warrant, the defendant's opposition if any, and the record herein, for the reasons set forth in the government's motion, and for good cause shown, it is this _____ day of July 2008,

ORDERED, that the government's motion is granted, and it is

FURTHER ORDERED, that the Indictment in this case be and it hereby is dismissed and that the warrant issued for the defendant's arrest in this case be quashed.

_____
Chief Judge Royce C. Lamberth
United States District Court for the
District of Columbia